IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT D. KENNEDY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D15-0465

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed March 13, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Robert D. Kennedy, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of prohibition is dismissed.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.